IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KENNETH RUMPH,

    Plaintiff,

v.                                         CIVIL ACTION NO. 7:19-CV-00085-HL

JONES SEPTIC TANK, INC.,
RODERICK B. JONES and
RODERICK H. JONES,

    Defendants.

_____

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENTS
## AND TO DISMISS WITH PREJUDICE

    COME NOW plaintiffs Kenneth Rumph, Dondy L. Brontzman, Juan Gomez, and J.P. Hill, and defendants Jones Septic Tank, Inc., Roderick B. Jones, and Roderick H. Jones, by and through their undersigned counsel of record, and, for the reasons set forth in the supporting memorandum that is being filed contemporaneously herewith, move the Court to: (1) approve the negotiated settlements that have been reached in connection with this matter; and (2) dismiss the case with prejudice.

    This the 25th day of March, 2020.

| | |
|---|---|
| **MORGAN & MORGAN, P.A.** | **HOWELL LAW FIRM, P.C.** |
| By: s/Andrew R. Frisch_____ | By: s/Robert D. Howell_____ |
| Andrew R. Frisch, Esq. | Robert D. Howell, Esq. |
| [signed by Raleigh Rollins w/express permission] | [signed by Raleigh Rollins w/express permission] |
| Georgia Bar No. 366105 | Georgia Bar No. 372598 |
| | |
| 8151 N. Pine Island Road, Suite 4000 | Post Office Box 100 |
| Plantation, FL 33324 | Moultrie, Georgia 31776 |
| (954) 967-5377 Telephone | (229) 985-5300 Telephone |
| (954) 327-3013 Facsimile | (229) 891-3378 Facsimile |
| AFrisch@forthepeople.com | tboehm@fisherphillips.com |
| | sferenczy@fisherphillips.com |
| | |
| *Counsel for Plaintiff Kenneth Rumph* | *Counsel for Defendants Roderick H. Jones* |

**ALEXANDER & VANN. LLP**

By: s/ Raleigh W. Rollins_____
    Raleigh Rollins, Esq.
    Georgia Bar No. 613860

411 Gordon Ave
Thomasville, GA 31792
(229) 226-2565 Telephone
(229) 228-0444 Facsimile
rrollins@alexandervann.com

*Counsel for Defendant Jones Septic Tank and Roderick B. Jones*